IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

YOLANDA BARRON,

   Plaintiff,

    v.

JOANNE BARNHART,
Commissioner of Social Security,

   Defendant.

CIVIL ACTION FILE
NO. 1:04-CV-2277-TWT

OPINION AND ORDER

This is an action seeking judicial review of the decision of the Commissioner granting the Plaintiff's application for Social Security disability benefits beginning on July 22, 2002, and denying it after April 17, 2002. It is before the Court on the Report and Recommendation [Doc. 13] of the Magistrate Judge recommending reversing the decision of the Commissioner and remanding for further proceedings. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The decision of the Commissioner is REVERSED and this action is REMANDED for the ALJ to make a proper RFC after a complete vocational hypothetical and to apply the proper improvement standard.

SO ORDERED, this 21 day of March 21, 2006.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge